IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDA WICKENS, on behalf of herself and all other plaintiffs similarly situated,<br>   Plaintiff,<br><br>   v.<br><br>THYSSENKRUPP CRANKSHAFT CO, LLC<br><br>   Defendant. | Case No.: 2019-CV-6100<br><br>Hon. Robert M. Dow, Jr. |

## PRELIMINARY APPROVAL ORDER

Plaintiff has applied, pursuant to Rule Federal Rule of Civil Procedure 23(e) for an order preliminarily approving settlement of the claims alleged in this litigation, in accordance with a Class Action Agreement and Stipulation of Settlement and Release (the "Settlement Agreement"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the claims against Defendant, and the Court has read and considered the Agreement and the exhibits annexed thereto. IT IS HEREBY ORDERED:

   1.  The Court hereby preliminarily approves the settlement set forth in the Settlement Agreement as being fair, reasonable and adequate, and in the best interest of Plaintiff and those persons that are identified as Wage Class Members and BIPA Settlement Class Members in the Settlement Agreement (collectively, the "Settlement Class") and that this matter is certified as a Class Action of the Class Members pursuant to Federal Rule of Civil Procedure 23 for settlement purposes only.

   2.  The Final Approval Hearing shall be held before this Court at 10:00 a.m. on January 26, 2021, at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, to determine finally whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement is fair, reasonable, adequate, and in the best interest of the Settlement Class, and should be approved by the Court, and whether an Final Approval Order and Final Judgment of Dismissal should be entered. Plaintiff shall file a motion seeking final approval and their request for attorney fees at least 7 days prior to the final approval hearing. Unless otherwise ordered by the Court, the Final Approval Hearing will take place telephonically using the Court's toll-free, call-in number 877-336-1829, passcode is 6963747.

144523549

3. The Court approves, as to form and content, the Settlement Notice that is attached to the Agreement as it complies fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States and any other applicable laws.

4. With regard to distribution of the Settlement Notice, Class Counsel and Defendant are hereby directed and authorized to effectuate notice as called for in the Settlement Agreement and the Defendant shall provide to the Settlement Administrator the information provided for in the Settlement Agreement by the deadlines required therein. The Court authorizes the utilization of a settlement administrator as called for in the parties' Settlement Agreement.

5. Any Class Member wishing to oppose or contest the approval of the Agreement, or the judgment to be entered thereon if the same is approved, must comply with the procedures set forth in the Settlement Notice. Any Settlement Class Member who has served and filed an objection as set forth therein may appear at the Settlement Hearing and show cause to the Court, if he or she has any, why the proposed settlement of this litigation should or should not be approved as fair, reasonable, and adequate, or why a judgment should or should not be entered thereon. Any Settlement Class Member who does not make an objection in the manner provided herein shall be deemed to have waived such objection and shall be foreclosed from making any objection to the fairness, adequacy, or reasonableness of the proposed settlement. The date by when any objections to the Settlement must be made and by when a Settlement Class Member may opt out of the Settlement Class is set for 30 days from the date of Notice mailing.

IT IS SO ORDERED this 12th day of November, 2020

_____
Robert M. Dow, Jr.
United States District Judge